# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN EISENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>RADIUS GLOBAL SOLUTIONS, LLC<br><br>Defendant. | Case No.<br><br>2:20-cv-05198-AB-SK<br><br>~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this March 15, 2021

*[signature]*

Honorable Judge of the District Court